Marc TAYLOR, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 20, 2016

Supreme Court of Delaware.

Submitted: August 5, 2016
Decided: October 10, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 1008008293

AFFIRMED.

■

Angela LOUGHEED, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 189, 2016

Supreme Court of Delaware.

Submitted: August 8, 2016
Decided: October 10, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID Nos.
1408017682, 1411000747, and 1411001467

AFFIRMED.

■

Dana L. HOCKENSMITH, Appellant
Below, Appellant,

v.

UNEMPLOYMENT INSURANCE
APPEAL BOARD, Appellee
Below, Appellee.

No. 159, 2016

Supreme Court of Delaware.

Submitted: August 5, 2016
Decided: October 10, 2016

Court Below—Superior Court of the
State of Delaware, C.A. Nos. 15A-09-002,
15A-09-003, 15A-09-004

AFFIRMED.

■

Jacqueline Y. GARDNER, Appellant
Below, Appellant,

v.

DELAWARE DIVISION OF SOCIAL
SERVICES and Unemployment Insur-
ance Appeal Board, Appellees Below,
Appellees.

No. 234, 2016

Supreme Court of Delaware.

Submitted: August 19, 2016
Decided: October 10, 2016

Court Below—Superior Court of the
State of Delaware, C.A. No. S12A-11-002

AFFIRMED.